

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:21CR 00158 BSM |
| | ) | |
| v. | ) | 18 U.S.C. § 1591(a) |
| | ) | 18 U.S.C. § 1594(c) |
| | ) | |
| RICKY GAINES | ) | |
| VICTORIA MCCLURE | ) | |
| BRYAN DONALDSON | ) | |
| RANDLE BLAIR | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Between on or about October 1, 2020, through on or about January 10, 2021, in the Eastern District of Arkansas, and elsewhere, the defendants,

RICKY GAINES,
VICTORIA MCCLURE,
BRYAN DONALDSON, and
RANDLE BLAIR,

did knowingly, in and affecting interstate commerce, conspire to recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a person, namely, B.W., knowing and in reckless disregard of the fact that (1) means of force, threats of force, fraud, coercion and any combination of such means will be used to cause the person to engage in a commercial sex act and (2) the minor would be caused to engage in a commercial sex act, having had a reasonable opportunity to observe the minor and knowing and in reckless disregard of the fact that the minor had not attained the age of 18 years, in violation of Title 18, United States Code, Section 1591(a).

All in violation of Title 18, United States Code, Section 1594(c).

## COUNT TWO

Between on or about October 1, 2020, through on or about January 10, 2021, in the Eastern District of Arkansas, and elsewhere, the defendants,

RICKY GAINES,
VICTORIA MCCLURE, and
BRYAN DONALDSON,

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a person, namely, B.W., knowing and in reckless disregard of the fact that (1) means of force, threats of force, fraud, coercion and any combination of such means will be used to cause the person to engage in a commercial sex act and (2) the minor would be caused to engage in a commercial sex act, having had a reasonable opportunity to observe the minor and knowing and in reckless disregard of the fact that the minor had not attained the age of 18 years.

All in violation of Title 18, United States Code, Section 1591(a).

## COUNT THREE

Between on or about October 1, 2020, through on or about January 10, 2021, in the Eastern District of Arkansas, and elsewhere, the defendants,

RICKY GAINES,
VICTORIA MCCLURE, and
RANDLE BLAIR,

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a person, namely, B.W., knowing and in reckless disregard of the fact that (1) means of force, threats of force, fraud, coercion and any combination of such means will be used to cause the person to engage in a commercial sex act and (2) the minor would be caused to engage in a commercial sex act, having had a reasonable

opportunity to observe the minor and knowing and in reckless disregard of the fact that the minor had not attained the age of 18 years.

All in violation of Title 18, United States Code, Section 1591(a).

## FORFEITURE ALLEGATION ONE

Upon conviction of Count One through Three of this Indictment, the defendants, RICKY GAINES, VICTORIA MCCLURE, BRYAN DONALDSON, and RANDLE BLAIR, shall forfeit to the United States, under Title 18, United States Code, Section 2253(a)(3), all property, real or personal, used or intended to be used to commit or to promote the commission of the offense and all property traceable to the property used or intended to be used to commit the offense.